FILED: August 29, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4385
(1:17-cr-00154-TSE-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

KEVIN PATRICK MALLORY

       Defendant - Appellant

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

       For the Court

       /s/ Patricia S. Connor, Clerk